

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00815-CR

**IN RE** John Bernard **WILLIAMS** III

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Irene Rios, Justice
              Liza A. Rodriguez, Justice

Delivered and Filed: January 11, 2023

PETITION FOR WRIT OF PROHIBITION DENIED

On December 6, 2022, relator filed a petition for writ of prohibition. Relator also filed a motion to stay the enforcement of an order issued by the trial court. After considering the petition and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of prohibition is denied. *See* TEX. R. APP. P. 52.8(a). Relator's motions are denied as moot.

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2019-CR-6240, styled *The State of Texas v. John Bernard Williams, III*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Jefferson Moore presiding.